United States Court of Appeals
 for the district of columbia circuit



No. 96-3108 September Term, 1997

United States of America, Nos. 95cr00284-01 
 95cr00284-03 
 Appellee 
 
 v.

William H. Seals, a/k/a Puddin,
a/k/a William Brooks

 Appellant
_________________________
consolidated with No. 96-3109
 

 Before: Williams, Ginsburg and Henderson, Circuit Judges.


 O R D E R

 It is ORDERED by the court that the opinion filed by the court on December 5, 1997
be amended as follows:

 Page 4 - delete footnote 1 and its reference in the text.

 Page 24, line 9 - delete "See supra note 1." 

 Per Curiam
 For the Court:
 Mark Langer

Filed on February 20, 1998